FILED
 2015 Mar-27  PM 01:56
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID ROBERTS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No:  5:13- CV-1680-CLS- SGC |
| **WILLIAM W. WYNNE, JR., et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 3, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted and seeking relief from defendants who are immune.  (Doc. 9). Plaintiff filed objections to the report and recommendation on December 12, 2013.  (Doc. 10).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted and seeking relief from defendants who are immune.  A Final Judgment will be entered.

DONE this 27th day of March, 2015.

                                                  _____
                                                  United States District Judge